IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ISAAC COLE[1], | § | No. 250, 2021 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below – Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| SARA MURPHY, | § | File No. CN20-02642 |
| | § | |
| Respondent Below, | § | Petition No. 20-17832 |
| Appellee. | § | |

Submitted: March 2, 2022
Decided: March 7, 2022

Before **VALIHURA**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

### **ORDER**

On this 7th day of March, 2022, after careful consideration of all the briefs and the record on appeal, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its June 1, 2021 and July 8, 2021 orders.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).